

**National Credit Systems, Inc.**

P.O. Box 312125 Atlanta, GA 31131  (800) 459-1539  (404) 629-2728
Monday - Thursday 8:00 a.m. - 7:00 p.m., Friday 8:00 a.m. - 5:00 p.m.

---

10/04/2019

Jose Luis Sanchez
8805 NORTH PLAZA DR APT 1341
Austin TX 78753

Current Creditor: BRIDGE AT SOUTH POINT APTS
Client Account Number: ▌75
NCS Account Number: ▌9377

Balance: $8,353.02

This letter will serve as confirmation that National Credit Systems, Inc., acting for BRIDGE AT SOUTH POINT APTS, is authorized to accept $5,847.11 as full and final settlement of the above referenced account.

THIS IS A DATED OFFER. Certified funds must be received in our office by 10/04/2019 to take advantage of this settlement. Once said funds have been deposited, providing they are not returned from your bank, you will be released from all claims and liabilities pertaining to this account.

Should you have any questions, please contact my office immediately at 404-592-0232 .

Sincerely,

Tyrone Barnes
Collection Representative
404-592-0232
SIF OFR

This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for this purpose.